**164**

■

**STATE of Missouri, Respondent,**

v.

**Anthony JORDAN, Appellant.**

**No. WD 76363.**

Missouri Court of Appeals,
Western District.

June 30, 2014.

Lynn Merle Stoppy, Warrensburg, MO,
for Respondent.

Amy Marie Bartholow, Columbia, MO,
for Appellant.

Before Division One: JOSEPH M.
ELLIS PJ., KAREN KING MITCHELL,
ANTHONY REX GABBERT, JJ.

**ORDER**

PER CURIAM:

Anthony Jordan appeals from a judgment convicting him of violating an order of protection and making a false report. We affirm. Rule 30.25(b).

■

**Willie GUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100375.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 30, 2014.

Matthew Huckeby, St. Louis, MO, for appellant.

Chris Koster, Gabriel E. Harris, Jefferson City, MO, for respondent.

Before: ROBERT M. CLAYTON III,
C, J., GARY M. GAERTNER, JR., J., and
GARY A. KAMP, S.J.

**ORDER**

PER CURIAM.

Willie Gunn (Movant) appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 24.035 (2013). We affirm. An extended opinion would have no precedential value and we affirm by written order. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Mo. R. Civ. P. 84.16(b) (2013).